**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 13-2032**

―――――――――

WILLIAM LINCOLN, JR.,

          Plaintiff - Appellant,

     v.

EMPLOYMENT SERVICES, d/b/a Centura College; APRIL GREEN;
GERALD YAGEN; JUNE W. BARKSDALE HERSHEY, a/k/a June
Barksdale,

          Defendants – Appellees

     and

DAVID RIGGS; KATRINA VARNER,

          Defendants.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:11-cv-03234-DCN)

―――――――――

Submitted:  January 21, 2014        Decided:  January 23, 2014

―――――――――

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

William Lincoln, Jr., Appellant Pro Se.  Benjamin Phillip Glass,
Lucille Lattimore Nelson, OGLETREE DEAKINS NASH SMOAK & STEWART,
PC, Charleston, South Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lincoln, Jr., appeals the district court's order accepting in part the recommendation of the magistrate judge to grant Defendants' motion for summary judgment and dismiss Lincoln's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lincoln v. Emp't Servs., No. 2:11-cv-03234-DCN (D.S.C. Aug. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED